# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES N. BELSSNER,
Appellant,
vs.
UNIVERSAL AUTOMOTIVE &
ENGINE,
Respondent.

No. 81875

**FILED**

OCT 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed on October 2, 2020, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 10 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Jerry A. Wiese, District Judge
     Charles N. Belssner
     The Law Office of Lisa M. Szyc, Esq. PC
     Eighth District Court Clerk

---

[1]In light of this order, the court will take no action on the pro se document filed on October 20, 2020.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-38873